AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) YENY LORENA MARTINEZ

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -04245(1) - LE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 2, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No
Sworn to before me,

/S/ JURADO, JOSE A.
Signature of Complainant
Border Patrol Agent

August 4, 2025                                              at   EL PASO, Texas
Date                                                             City and State

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE

Signature of Judge
**OATH TELEPHONICALLY SWORN AT 12:21 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) YENY LORENA MARTINEZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Yeny Lorena MARTINEZ, an alien to the United States and a citizen of Honduras was found approximately .96 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Honduras, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Honduras on October 26, 2010 through Houston, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to HONDURAS on October 26, 2010, through HOUSTON, TX


CRIMINAL HISTORY:
NONE